IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALI ALI BEY**                                                                 PLAINTIFF

v.                          No. 4:24-cv-183-DPM

**RICHARD SZABAD and**
**TRE DAVIS, Patrol Person**                                         DEFENDANTS

ORDER

Summons has been returned to sender on Tre Davis. From a public records search, it appears that Officer Davis is no longer employed by the Bryant Police Department. It is Bey's responsibility to provide valid service information for Officer Davis. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993).

Bey has until 8 July 2024 to provide the Court a valid service address. The Court directs the Clerk, after Bey has supplied the address, to reissue summons for Officer Davis and deliver it, along with a copy of the complaint, amended complaint, and this Order, to the United States Marshal for service. The Marshal must serve Officer Davis by restricted delivery, return receipt requested. Bey does not have to prepay the fees and costs or security.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

21 June 2024