IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALI ALI BEY                                                            PLAINTIFF

v.                      No. 4:24-cv-183-DPM

RICHARD SZABAD and
TRE DAVIS, Patrol Person                              DEFENDANTS

## ORDER

1. Bey's motion for order to issue summons on Tre Davis at the Arkansas State Police, *Doc. 13*, is granted. The Court directs the Clerk to reissue summons for Officer Davis and deliver it, along with a copy of the complaint, amended complaint, and this Order, to the United States Marshal for service. The Marshal must serve Officer Davis by restricted delivery, return receipt requested at his employer, the Arkansas State Police at One State Police Plaza Dr., Little Rock, Arkansas 72209. Bey does not have to prepay the fees and costs or security.

2. Bey's motion requesting the Court reconsider its Order dismissing the Bryant Police Department, *Doc. 12*, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

10 July 2024