IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALI ALI BEY**                                                                 **PLAINTIFF**

v.                              No. 4:24-cv-183-DPM

**RICHARD SZABAD and TRE DAVIS,**
**Patrol Person**                                                      **DEFENDANTS**

### ORDER

Bey's motion to add the Bryant Police Department and its Chief Carl Minden as defendants, *Doc. 17*, denied. As previously ruled, the Bryant Police Department is not an entity that can be sued under § 1983, *Doc. 5*. *Ketchum v. City of West Memphis, Arkansas*, 974 F.2d 81, 82 (8th Cir. 1992). Bey hasn't pleaded facts showing Chief Minden was personally involved. He hasn't pleaded any facts, other than this incident, to show a plausible claim for failure to train. That event standing alone is not enough. And he hasn't pleaded facts showing an unconstitutional custom or practice. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>10 December 2024</u>