IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALI ALI BEY                                                         PLAINTIFF

v.                         No. 4:24-cv-183-DPM

RICHARD SZABAD; BRYANT
POLICE DEPARTMENT; and
TRE DAVIS, Patrol Person                                       DEFENDANTS

### ORDER

Bey's response, *Doc. 20*, appears to be a motion to reconsider *Doc. 19*. The Clerk must update the docket. The motion to reconsider, *Doc. 20*, is denied for the reasons given previously.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

16 January 2025