IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALI ALI BEY                                              PLAINTIFF/COUNTER
                                                               DEFENDANT

v.                         No. 4:24-cv-183-DPM

TRE DAVIS, Patrol Person                                         DEFENDANT

v.

RICHARD SZABAD                                        DEFENDANT/COUNTER
                                                                CLAIMANT

ORDER

1.  Szabad's motion to dismiss is denied. First, construing the *pro se* complaint liberally, *Lamar v. Payne*, 111 F.4th 902, 907 n.2 (8th Cir. 2024), Bey has stated a false imprisonment claim. Doc. 5. The strength of that claim can be tested by the factual record on a motion for summary judgment or at trial. Second, Bey has not stated an outrage claim, so Szabad's arguments against one are misplaced. Third, the Court declines to address Szabad's "not me" argument because the deposition excerpt is beyond the pleadings. *Enervations, Inc. v. Minnesota Mining & Manufacturing. Co.*, 380 F.3d 1066, 1069 (8th Cir. 2004).

2.  Bey's recent motion to amend and add two other Bryant police officers, *Doc. 30*, is denied. The deadline for proposed amended pleadings passed several months ago. *Doc. 21 at 1*. Plus, Bey did not file a proposed amended complaint for the Court to evaluate, which the Final Scheduling Order requires. *Doc. 21 at 2*.

3.  Bey's motion to compel discovery is denied. He did not follow the Final Scheduling Order's requirements for addressing discovery disputes. *Doc. 21 at 3*. And his interrogatories and requests for production were not served soon enough before the discovery cutoff to allow thirty days for responses. *Doc. 32 at ¶ 5*. Szabad therefore isn't required to respond. And Bey's discovery requests to the two proposed-defendant officers are of no effect.

4.  Officer Davis was served more than a year ago but has not appeared, *Doc. 15*. Bey has taken no steps to pursue any claim against him. Unless Bey requests some relief as to Officer Davis by 6 October 2025, the Court will therefore dismiss him as a defendant. LOCAL RULE 5.5(c)(2).

\*   \*   \*

Motions, *Doc. 25, 30, & 31*, denied without prejudice. Szabad's status report, *Doc. 26*, appreciated. Joint status report due by 6 October 2025.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 September 2025