IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| ALI ALI BEY | PLAINTIFF/COUNTER DEFENDANT |
| v. | No. 4:24-cv-183-DPM |
| TRE DAVIS, Patrol Person | DEFENDANT |
| v. | |
| RICHARD SZABAD | DEFENDANT/COUNTER CLAIMANT |

ORDER

Motion for summary judgment, *Doc. 38*, noted. Please supplement it with a statement of undisputed material facts. LOCAL RULE 56.1(a). Supplement due by 22 September 2025. Bey has until 9 October 2025 to respond to Szabad's motion. Fed. R. Civ. P. 6(d). Szabad has seven days to reply after Bey files his response. LOCAL RULE 7.2(b).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 September 2025