IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ALI ALI BEY                                                    PLAINTIFF/COUNTER
                                                                              DEFENDANT

v.                              No. 4:24-cv-183-DPM

TRE DAVIS, Patrol Person                                              DEFENDANT

v.

RICHARD SZABAD                                             DEFENDANT/COUNTER
                                                                              CLAIMANT

ORDER

1.     The Court notes, and strikes, Bey's amended complaint, *Doc. 34*. The Court recently denied him leave to amend. *Doc. 33 at 2*. If Bey wants to amend his complaint belatedly, he must follow the procedure in the Federal Rules and the Final Scheduling Order. Fed. R. Civ. P. 15(b); *Doc. 21 at 1*. And if he wants to move for default Judgment against Officer Davis, Bey must follow the procedure set forth in Federal Rule 55. Szabad's answer, *Doc. 36*, is also stricken as moot.

2.     The Court notes Szabad's statement of undisputed facts. It's deficient because it lacks specific citations to the record and attachments of supporting record material. LOCAL RULE 56.1 and Final Scheduling Order, *Doc. 21 at 3–4*. Substituted statement due by

25 September 2025. Bey's response deadline is extended to 14 October 2025. Szabad has seven days to reply after Bey files his response. LOCAL RULE 7.2(b). The Court will on rule Szabad's motion for summary judgment in due course.

    So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

24 September 2025